IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:04CR223

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br><br>MADISON DUANE McRAE,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING
## MOTION TO APPEAR PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** on Ann T. Shafer's Motion to Appear *Pro Hac Vice*. It appearing that Ann T. Shafer is a member in good standing with the Georgia State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1)  Ann T. Shafer's Motion for Admission *Pro Hac Vice* is **GRANTED**; and

(2)  Ann T. Shafer remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: March 8, 2006

_____
David C. Keesler
United States Magistrate Judge