IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:04-CR-00223-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | )<br>) |
| MADISON DUANE MCRAE, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 234) filed by Breana Jeter, concerning Robert Littlehale on April 29, 2015. Mr. Robert Littlehale seeks to appear as counsel *pro hac vice* for Defendant Madison Duane McRae. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 234) is **GRANTED**. Mr. Robert Littlehale is hereby admitted *pro hac vice* to represent Defendant Madison Duane McRae.

**SO ORDERED**.

Signed: September 15, 2015

David C. Keesler
United States Magistrate Judge